**The People of the State of Illinois ex rel. Samuel Leland, appellant, v. Board of Education of the City of Chicago, appellee. Gen. No. 31,958.**

Petition to mandamus for reinstatement as teacher. Petition denied. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the second division of this court for the first district at the December term, 1926. Affirmed. Opinion filed February 14, 1928.

F. E. Brightman and M. Edward Abram, for appellant. Frank S. Righeimer, for appellee; Ralph W. Condee, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

**Emmet Kennedy, appellee, v. William Grimshaw, appellant. Gen. No. 32,081.**

Assumpsit for surveyor's work done at special request. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed February 14, 1928. Rehearing denied February 28, 1928.

Glennon, Cary, Walker & Murray, for appellant; Sidney C. Murray and L. Beers-Jones, of counsel. Charles J. Trainor, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**J. M. Bician, appellee, v. Eugene Skach, appellant. Gen. No. 32,040.**

Action on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed February 14, 1928.

Michael J. Quan, for appellant. DeStefano & Mirabella, for appellee; Richard E. Dooley, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Emma Koenig et al., appellees, v. Josephine Hammer, appellant. Gen. No. 32,084.**

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Max Luster, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed February 14, 1928.

Granville W. Browning, for appellant. Harold J. Howe, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.